<u>**NOT FOR PUBLICATION**</u>                                          <u>**CLOSED**</u>

**UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| CARANT LIMITED PARTNERSHIP, *et al.*, | Hon. Faith S. Hochberg |
| Plaintiffs, | Civil No. 09-3177 (FSH) |
| v. | **<u>ORDER</u>** |
| STATE OF NEW JERSEY, *et al.*, | Date: March 8, 2010 |
| Defendants. | |

It appearing that the above-entitled action has been settled according to the terms as stated by the parties on the record before this Court on March 8, 2010, which is maintained in the Court's chambers,

IT IS on this the 8th day of March, 2010, **ORDERED** that this action is hereby **DISMISSED** as voluntarily withdrawn, without costs and without prejudice.

**IT IS SO ORDERED**.

    /s/   Faith S. Hochberg
HON. FAITH S. HOCHBERG, U.S.D.J.